IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ROBERT J. STROUMPOS DDS,PC | § | |
| DEBTOR | § | CASE NO. 22-80010 |

## STATEMENT OF OPERATIONS

**Texas Allsmiles**
Profit & Loss
January through June 2021

| | Jan - Jun 21 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **400 · Practice Collections** | |
|       430 · Patient Fees | 633,285.86 |
|     Total 400 · Practice Collections | 633,285.86 |
|   Total Income | 633,285.86 |
| **Gross Profit** | 633,285.86 |
|   **Expense** | |
|     **500 · Supplies and Labs** | |
|       501 · Dental and Clinical Supplies | 85,549.46 |
|     Total 500 · Supplies and Labs | 85,549.46 |
|     **510 · Employee Costs** | |
|       511 · General Wages | 175,955.80 |
|       516 · Employee Benefits | 34,357.08 |
|       517 · Payroll Tax Expense | 16,685.84 |
|       519 · Staff Medical Insurance | 17,290.29 |
|       529 · Employees Cost - Othe | 907.37 |
|     Total 510 · Employee Costs | 245,196.38 |
|     **540 · General &Administrative Expense** | |
|       543 · Bank Service Charges | 363.68 |
|       544 · Business Gifts & Flowers | 314.27 |
|       546 · Credit Card Merchant Fees | 2,556.76 |
|       548 · Donations | 114.00 |
|       549 · Dues and Subcriptions | 2,143.57 |
|       **550 · Insurane** | |
|         550.1 · Insurance - Liability | 10,878.04 |
|         550.3 · Insurance - Other | 19,402.11 |
|       Total 550 · Insurane | 30,280.15 |
|       551.5 · License and Permi | 883.00 |
|       5510 · Interest Expense | 6,798.25 |
|       552 · Marketing and Promotions | 46,921.95 |
|       554 · Office Expense | 17,148.49 |
|       555 · Office Supplies | 3,071.05 |
|       556 · Outside Services | 6,810.17 |
|       **560 · Professional Fees** | |
|         561 · Professional - Accounting Fees | 10,112.50 |
|         562 · Professional - Consulting Fees | 2,639.45 |
|         564 · Professional - Payroll Service | 723.08 |
|         565 · Professional - Pension Plan A... | 1,008.00 |
|       Total 560 · Professional Fees | 14,483.03 |
|       **570 · Taxes** | |
|         573 · Tax - Other | 411.18 |
|       Total 570 · Taxes | 411.18 |

## Texas Allsmiles
### Profit & Loss
# January through June 2021

|  | Jan - Jun 21 |
|---|---:|
| 574 · Telephone | 1,458.03 |
| 575 · Uniforms and Laundry | 794.23 |
| **Total 540 · General &Administrative Expe...** | **134,551.81** |
| 580 · Occupancy | |
| 582 · Computer Expense | 755.44 |
| 583 · Equipment Lease | 7,838.64 |
| 591 · Cleaning and Janitorial Expense | 3,120.00 |
| 592 · Landscaping and Pest Control | 663.71 |
| 592.5 · Medical Waste Disposal | 861.49 |
| 595 · Rent | 77,307.60 |
| 596 · Repairs and Maintenance | 1,011.54 |
| 598 · Utilities | 5,188.58 |
| **Total 580 · Occupancy** | **96,747.00** |
| 9000 · Other Expense | |
| 900 · Doctor | |
| 901 · Auto Expenses | 3,057.04 |
| 905 · Continuing Education | 4,357.07 |
| 920 · Doctor Salary | 103,747.32 |
| 940 · Meals & Entertainment - 50% | 576.41 |
| 945 · Payroll Taxes | 8,221.67 |
| 960 · Travel and Lodging | 6,078.86 |
| 990 · Doctor - Other | 1,252.68 |
| **Total 900 · Doctor** | **127,291.05** |
| **Total 9000 · Other Expense** | **127,291.05** |
| **Total Expense** | **689,335.70** |
| **Net Ordinary Income** | **-56,049.84** |
| **Net Income** | **-56,049.84** |